UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL ARROYO, JR., | ) | Case No. 2:18-cv-08101-RGK-FFM |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR |
| | ) | LACK OF PROSECUTION |
| DONG PHUONG, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

On February 28, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) directing plaintiff to file a _timely_ proof of service of the summons and complaint upon defendant. The last day to timely serve the summons and complaint was December 18, 2018. On March 7, 2019, filed the proof of service, indicating that the summons and complaint were served on the defendant on March 5, 2019. Because the service of the summons and complaint was approximately two and a half months after the deadline to timely serve, the Court orders the matter dismissed for lack of prosecution without prejudice.

**IT IS SO ORDERED.**

Dated: March 15, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE